1

2

3

4

5

6

7

8
UNITED STATES DISTRICT COURT

9
FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
IN RE:  STEVEN WAYNE BONILLA

No. 2:23-cv-02369-TLN-KJN

12
No. 2:23-cv-02370-TLN-KJN

13
No. 2:23-cv-02371-TLN-KJN

14
No. 2:23-cv-02372-TLN-KJN

15
No. 2:23-cv-02374-TLN-KJN

16
No. 2:23-cv-02401-TLN-KJN

17
No. 2:23-cv-02407-TLN-KJN

18
No. 2:23-cv-02408-TLN-KJN

19
No. 2:23-cv-02409-TLN-KJN

20
No. 2:23-cv-02411-TLN-KJN

21
**ORDER**

22

23

24
        Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

25
above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

26
litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

27
proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

28
Alameda County.  (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

1

13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new case pleading and assign it to the undersigned and Magistrate Judge Kendall J. Newman.  (*Id.* at ECF No. 26).  If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed.  (*Id.*)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, the complaints/petitions in Case Nos. 2:23-cv-02369, 2:23-cv-02370, 2:23-cv-02371, 2:23-cv-02372, 2:23-cv-02374, 2:23-cv-02401, 2:23-cv-02407, 2:23-cv-02408, 2:23-cv-02409 and 2:23-cv-02411 are hereby DISMISSED.  The Clerk of the Court is directed to close these cases.  No further filings will be accepted.

IT IS SO ORDERED.

Dated:   January 12, 2024

Troy L. Nunley
United States District Judge

2